NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAMERON M. SCHRECENGOST,**

*Claimant-Appellant*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-2077

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 25-3234, Judge Margaret C. Bartley.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

2                                                      SCHRECENGOST V. COLLINS

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

December 2, 2025
Date

Jarrett B. Perlow
Clerk of Court